UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| RIKI PAUL JOHNSON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 3:18-cv-565 |
| vs. | ) | |
| | ) | |
| | ) | |
| ASHLEY ELIZABETH FLIEHR a/k/a | ) | |
| CHARLOTTE FLAIR; RICHARD | ) | |
| MORGAN FLIEHR a/k/a RIC FLAIR; | ) | |
| BRIAN SHIELDS; and WORLD | ) | |
| WRESTLING ENTERTAINMENT, INC. | ) | |
| | ) | |
| *Defendants.* | | |

**NOTICE OF FILING AMENDED EXHIBIT**

Defendant World Wrestling Entertainment, Inc. ("**WWE**") respectfully submits this

Notice of Filing Amended Exhibit.

1.     On October 17, 2018, WWE removed this action from the General Court of

Justice, Mecklenburg County North Carolina by filing a Notice of Removal (ECF Document No.

1) (the "**Notice of Removal**").  Attached to the Notice of Removal was a copy of the Complaint,

filed in state court.

2.     The copy of the Complaint that was attached as Exhibit A to the Notice of

Removal was inadvertently missing page 2.

3.     Attached hereto as Exhibit A is a complete copy of the Complaint, as received by

WWE.

Dated: October 18, 2018                    Respectfully submitted,

*/s/ John H. Culver III*
John H. Culver III
NC Bar No. 17849
K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Phone: 704.331.7453
Fax: 704.353-3753
john.culver@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I served a true and correct copy of the foregoing Notice of Filing of Amended Exhibit via U.S. First Class, postage prepaid, upon the following:

Riki Paul Johnson
404 Navesink Ave.
Atlantic Highlands, NJ 07716.

*/s/ John H. Culver III* _____