November 1st, 2018

**John H. Culver, III**
Hearst Tower 47th Floor
214 W.. Trade Street
Charlotte, NC 28202


**Riki Paul Johnson**
404 Navesink Avenue
Atlantic Highlands, NJ 07716
(662)-701-0582
BohdiWest@gmail.com

RECEIVED
CHARLOTTE, NC

NOV 06 2018

Clerk, US District Court
Western District of NC

RE: Case Number 3:18-cv-565
*Johnson V Fliehr, Fliehr, WWE, Brian Shields and those yet to be determined*

Mr. Culver,

In lieu of a formal Preservation of Evidence letter due to time constraints and my current self-representation, I would like to bring to the attention of your client, World Wrestling Entertainment, in accordance with the Federal Rules of Evidence their duty and the duty of their officers and representatives to preserve any and all evidence that may be subject to discovery in the above referenced case. This evidence includes but is certainly not limited to corporate emails, contracts, inter-company communication, text messages, phone records, contracts, postings on any internet medium or platform of social media. Also in consideration are all forms of communication and its content between WWE, Ashley Elizabeth Fliehr, Richard Morgan Fliehr, Brian Shields, St. Martin's press, Melinda Zannoni, Esq. of Legacy Talent in Charlotte, North Carolina and those other individuals or companies involved in the publication and/or distribution of the book "*Second Nature*," and any officers, managers or representatives thereof. I am also of the understanding that there are tangible, hard copy journals used to create and in the publication of this novel. Those documents should be preserved as well. I would also encourage your client to error on the side of caution if and when they question whether or not content is classified as discoverable and leave same intact and unaltered.

I appreciate your time and attention to this very important matter. Please accept this in the interim until I am able to complete a more formal notice for the preservation of evidence in this case. Thank you.


Sincerely,

*[signature]*

Riki Paul Johnson
*Plaintiff, Pro Se*


Cc: Western District Clerk of Court, via USPS

# CERTIFICATE OF SERVICE

I, Riki Paul Johnson, Plaintiff *Pro Se,* hereby certify that on November 1st, 2018, I served true and correct copies of letters regarding the preservation of evidence via U.S. First Class, postage prepaid, upon the following:

**John H. Culver**
Attorney for Defendant World Wrestling Entertainment
Hearst Tower 47th Floor
214 North Tryon Street
Charlotte, NC 28202

**Jonathan Buchan**
Attorney for Defendants A. Fliehr, R. Fliehr & Brian Shields
1701 South Boulevard
Charlotte, NC 28203

Riki Paul Johnson

Plaintiff, *Pro Se*
404 Navesink Avenue
Atlantic Highlands, NJ 07716
(662) 701-0582
Bohdiwest@gmail.com

case 3:18-cv-00565