November 1st, 2018

Clerk Of Court
Charlotte Division
401 W. Trade Street, Rm 216
Charlotte, NC 28202

RECEIVED
CHARLOTTE, NC
NOV 06 2018
Clerk, US District Court
Western District of NC

Riki Johnson
404 Navesink Avenue
Atlantic Highlands, NJ 07716

RE: Case 3:18-cv-00565

Johnson V. Fliehr, Fliehr, Shields, WWE and those yet to be determined

Dear Sir or Madam,

Enclosed are (1) Letter of Preservation of Evidence to John H. Culver, III counsel for defendant World Wrestling Entertainment, Inc. along with a certificate of service and (2) Letter of Preservation of Evidence to Jonathan Buchan, Esq., counsel for defendants Fliehr, Fliehr and Shields also accompanied by a certificate of service regarding the above referenced matter in North Carolina Western Division Federal Court.

I would appreciate it if you would file the original and return the copies back to me in the enclosed self-addressed, postage pre-paid envelope at your earliest convenience.

Should you have any questions please contact me via phone at (662) 701-0582 or by email at bohdiwest@gmail.com.

Sincerely,

Riki Paul Matsufuji Johnson

Plaintiff, *PRO SE*
404 Navesink Ave
Atlantic Highlands, NJ 07716