UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

RECEIVED
CHARLOTTE, NC
NOV 20 2018
Clerk, US District Court
Western District of NC

CHARLOTTE NC 282
05 NOV '18
PM 4 L

FIRST-CLASS MAIL
neopost
11/05/2018
US POSTAGE $00.47⁰
ZIP 28202
041L11245736

Riki Paul Johnson
404 Navesink Avenue
Atlantic Highlands, NJ 07716

NIXIE       381   DC 1              0011/13/18
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
      BC: 28202163399  *2348-05816-05-32