# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-565-GCM

| | |
|---|---|
| RIKI PAUL JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY ELIZABETH FLIEHR, *et al*,<br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Alan Frederick Kaufman,** filed January 9, 2019 (Doc. No. 21).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Kaufman is admitted to appear before this court *pro hac vice* on behalf of Defendant, Ashley Elizabeth Fliehr, a/k/a Ashley Flair, a/k/a Charlotte Flair.

**IT IS SO ORDERED.**

Signed: January 10, 2019

Graham C. Mullen
United States District Judge