# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| RIKI PAUL JOHNSON )<br>*Plaintiff* )<br>v. )<br>ASHLEY ELIZABETH FLIEHR, RICHARD Et. Al. )<br>*Defendant* ) | Case No. 3:18-cv-00565 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Riki Paul Johnson.

Date: 02/06/2019

/s/ Kevin Cleys
*Attorney's signature*

Kevin Cleys #51589
*Printed name and bar number*

326 W. 10th Street
Charlotte, NC 28202

*Address*

kcleys@lindleylawoffice.com
*E-mail address*

(704) 457-1010
*Telephone number*

(704) 457-1002
*FAX number*