# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| RIKI PAUL JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ASHLEY ELIZABETH FLIEHR a/k/a | ) **CASE NO. 3:18-cv-00565-GCM** |
| ASHLEY FLAIR, a/k/a CHARLOTTE | ) |
| FLAIR, RICHARD MORGAN FLIEHR | ) |
| a/k/a RIC FLAIR, a/k/a "NATURE BOY" | ) |
| FLAIR, BRIAN SHIELDS, and WORLD | ) |
| WRESTLING ENTERTAINMENT, INC. | ) |
| d/b/a the "WWE", | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF RESOLUTION

The parties respectfully notify the Court that the parties have agreed to resolve the above-captioned matter, subject to agreement on the remaining details of a proposed Settlement Agreement and Mutual Release, upon which the parties are diligently working. The parties anticipate that these details will be resolved and that a final Settlement Agreement and Mutual Release will be completed on or before April 2, 2019, at which time the parties anticipate filing with the Court a Notice of Settlement.

For these reasons, the parties respectfully request that the Court allow the parties until April 2, 2019 to resolve these remaining issues and that the current filing schedule be stayed briefly to permit the parties to make diligent efforts to finalize the proposed Settlement Agreement and Settlement Release.

1

Respectfully submitted this 29th day of March, 2019.

/s/Trey Lindley
Trey Lindley, NC State Bar No. 31650
Attorney for Plaintiff
Lindley Law, PLLC
P.O. Box 30305
Charlotte, NC 28230
Telephone: 704-457-1010
Email: tlindley@lindleylawoffice.com

/s/Jonathan E. Buchan
Jonathan E. Buchan, NC State Bar No. 8205
Natalie D. Potter, NC State Bar No. 34574
Attorneys for Defendant World Wrestling Entertainment, Inc., d/b/a "WWE", Brian Shields and Richard Morgan Fliehr a/k/a Ric Flair a/k/a "Nature Boy" Flair
Essex Richards, PA
1701 South Blvd.
Charlotte, NC 28203
Telephone: (704) 377-4300
Fax: (704) 372-1357
Email: jbuchan@essexrichards.com
Email: npotter@essexrichards.com

/s/C. Amanda Martin
C. Amanda Martin, NC State Bar No. 21186
Attorney for Defendant Ashley Elizabeth Fliehr a/k/a Charlotte Flair
Stevens Martin Vaughn & Tadych, PLLC
1101 Haynes Street
Suite 100
Raleigh, NC 27604
Telephone: 919-582-2300
Facsimile: 866-593-7695
Email: amartin@smvt.com

/s/Alan Frederick Kaufman
Alan Frederick Kaufman, *Pro Hac Vice*
Attorney for Defendant Ashley Elizabeth Fliehr a/k/a Charlotte Flair
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone: 212-471-6209
Facsimile: 212-935-1166
Email: akaufman@hinshawlaw.com