IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RIKI PAUL JOHNSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ASHLEY ELIZABETH FLIEHR a/k/a )<br>ASHLEY FLAIR, a/k/a CHARLOTTE )<br>FLAIR, RICHARD MORGAN FLIEHR )<br>a/k/a RIC FLAIR, a/k/a "NATURE BOY" )<br>FLAIR, BRIAN SHIELDS, and WORLD )<br>WRESTLING ENTERTAINMENT, INC. )<br>d/b/a the "WWE", )<br>)<br>    Defendants. ) | **CASE NO. 3:18-cv-00565-GCM** |

## NOTICE OF SETTLEMENT

The parties respectfully notify the Court that they have reached agreement on and executed a Settlement Agreement and Mutual Release of All Claims. The Settlement Agreement and Mutual Release of All Claims provides for the timely filing of a Voluntary Notice of Dismissal, with prejudice, in accordance with various deadlines provided for therein.

Respectfully submitted this <u>4th</u> day of April, 2019.

/s/Trey Lindley
Trey Lindley, NC State Bar No. 31650
Attorney for Plaintiff
Lindley Law, PLLC
P.O. Box 30305
Charlotte, NC  28230
Telephone:  704-457-1010
Email: tlindley@lindleylawoffice.com

/s/Jonathan E. Buchan
Jonathan E. Buchan, NC State Bar No. 8205

1

Natalie D. Potter, NC State Bar No. 34574
Attorneys for Defendant World Wrestling Entertainment, Inc., d/b/a "WWE", Brian Shields and Richard Morgan Fliehr a/k/a Ric Flair a/k/a "Nature Boy" Flair
Essex Richards, PA
1701 South Blvd.
Charlotte, NC 28203
Telephone: (704) 377-4300
Fax: (704) 372-1357
Email: jbuchan@essexrichards.com
Email: npotter@essexrichards.com

/s/C. Amanda Martin
C. Amanda Martin, NC State Bar No. 21186
Attorney for Defendant Ashley Elizabeth Fliehr a/k/a Charlotte Flair
Stevens Martin Vaughn & Tadych, PLLC
1101 Haynes Street
Suite 100
Raleigh, NC  27604
Telephone:  919-582-2300
Facsimile:  866-593-7695
Email: amartin@smvt.com

/s/Alan Frederick Kaufman
Alan Frederick Kaufman, *Pro Hac Vice*
Attorney for Defendant Ashley Elizabeth Fliehr a/k/a Charlotte Flair
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY  10022
Telephone:  212-471-6209
Facsimile:  212-935-1166
Email:  akaufman@hinshawlaw.com