IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RIKI PAUL JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY ELIZABETH FLIEHR a/k/a ASHLEY FLAIR, a/k/a CHARLOTTE FLAIR, RICHARD MORGAN FLIEHR a/k/a RIC FLAIR, a/k/a "NATURE BOY" FLAIR, BRIAN SHIELDS, and WORLD WRESTLING ENTERTAINMENT, INC. d/b/a the "WWE",<br><br>    Defendants. | CASE NO. 3:18-cv-00565-GCM |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Riki Paul Johnson hereby gives notice of Plaintiff's voluntary dismissal of this action with prejudice. This voluntary dismissal is due to the parties having resolved all outstanding disputes to their mutual satisfaction, the terms of which resolution are confidential at the request of Defendants.

Respectfully submitted this 23rd day of April, 2019.

                                                                s/ Trey Lindley
                                                                Trey Lindley, NC State Bar No. 31650
                                                                Attorney for Plaintiff
                                                                LINDLEY LAW, PLLC
                                                                326 West 10th Street
                                                                Charlotte, NC 28202
                                                                T: (704) 457-1010
                                                                F: (704) 457-1002
                                                                tlindley@lindleylawoffice.com

**CERTIFICATE OF SERVICE**

  I hereby certify I electronically filed this above Amended Complaint through the CM/ECF system, which will send a notice of electronic filing to:

    C. Amanda Martin
    amartin@smvt.com
    *Attorney for Defendant Ashley Elizabeth Fliehr*
    *a/k/a Ashley Flair a/k/a Charlotte Flair*

    Alan Kaufman
    alan.kaufman@nelsonmullins.com
    *Attorney for Defendant Ashley Elizabeth Fliehr*
    *a/k/a Ashley Flair a/k/a Charlotte Flair*

    Jonathan E. Buchan
    jbuchan@essexrichard.com
    Natalie D. Potter
    npotter@essexrichards.com
    *Attorney for Defendants World Wrestling*
    *Entertainment, Inc., d/b/a "WWE",*
    *Richard Morgan Fliehr a/k/a Ric Flair*
    *a/k/a The "Nature Boy" Ric Flair,*
    *and Brian Shields*

  This the 23rd day of April, 2019.

                s/ Trey Lindley
                Trey Lindley, N.C. Bar No. 31650
                Satie Munn, N.C. Bar No. 47971
                Kevin Cleys, N.C. Bar No. 51589
                LINDLEY LAW, PLLC
                326 West 10th Street
                Charlotte, NC 28202
                T: (704) 457-1010
                F: (704) 457-1002
                tlindley@lindleylawoffice.com
                smunn@lindleylawoffice.com
                kcleys@lindleylawoffice.com
                *Counsel for Riki Paul Johnson*